Certificate Number: 16339-PAW-DE-038215059

Bankruptcy Case Number: 23-22524



16339-PAW-DE-038215059

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2024, at 9:14 o'clock PM EST, Kristie Smith completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 23, 2024              By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:   Certified Financial Counselor