| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kristie Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3986<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–22524–GLT | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kristie Smith

3/11/24                                                                       **By the court:**   Gregory L Taddonio
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kristie Smith  
    Debtor

Case No. 23-22524-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Mar 11, 2024      Form ID: 318      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kristie Smith, 152 Means Road, Vanderbilt, PA 15486 |
| 15660165 | | Evolve Bank & Trust, Attn: Bankruptcy, Triad Center 16000 Poplar Ave, Ste 300, Memphis, TN 38119 |
| 15660168 | + | Global Payments, 3550 Lenox Road NE Suite 3000, Atlanta, GA 30326-4334 |
| 15660169 | | HSN Flexpay, PO box 659707, San Antonio, TX 78265 |
| 15660170 | + | Keybank, 4224 Ridge Lea Road, Amherst, NY 14226-1016 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 12 2024 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 12 2024 03:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2024 00:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: BASSASSOC.COM | Mar 12 2024 03:59:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | EDI: AISACG.COM | Mar 12 2024 03:59:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15660153 | + | EDI: GMACFS.COM | Mar 12 2024 03:59:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15660159 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 12 2024 00:03:00 | Citizens Bank, 1 Citizens Plaza, Providence, RI 02903 |
| 15660155 | + | EDI: CAPITALONE.COM | Mar 12 2024 03:59:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15660157 | + | Email/Text: bankruptcy@cavps.com | Mar 12 2024 00:03:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15660160 | + | EDI: WFNNB.COM | Mar 12 2024 03:59:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15660161 | + | EDI: WFNNB.COM | Mar 12 2024 03:59:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 23-22524-GLT    Doc 23    Filed 03/13/24    Entered 03/14/24 00:26:44    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Mar 11, 2024 | Form ID: 318 | Total Noticed: 46 |

| Record # | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| 15660162 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2024 00:13:45 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15660174 | | EDI: CITICORP | Mar 12 2024 03:59:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15660163 | + | EDI: DISCOVER | Mar 12 2024 03:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15660164 | + | EDI: DISCOVERSL.COM | Mar 12 2024 03:59:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 15660166 | + | EDI: AMINFOFP.COM | Mar 12 2024 03:59:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15660167 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 12 2024 00:03:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15660158 | | EDI: JPMORGANCHASE | Mar 12 2024 03:59:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15660171 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 12 2024 00:03:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15660172 | + | EDI: LENDNGCLUB | Mar 12 2024 03:59:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15660173 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2024 00:13:42 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15660175 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 12 2024 00:13:39 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15660176 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2024 00:03:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15660177 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2024 00:03:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15660179 | + | EDI: NAVIENTFKASMSERV.COM | Mar 12 2024 03:59:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15660178 | + | EDI: NAVIENTFKASMSERV.COM | Mar 12 2024 03:59:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15660180 | | Email/Text: bankruptcy@oliphantfinancial.com | Mar 12 2024 00:03:00 | Oliphant Usa, Attn: Bankruptcy, 1800 2nd St, Ste 603, Sarasota, FL 34236 |
| 15660182 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2024 00:03:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 15660154 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2024 00:03:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 15660183 | | EDI: PRA.COM | Mar 12 2024 03:59:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15660181 | + | Email/Text: recovery@paypal.com | Mar 12 2024 00:03:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 15660184 | + | Email/Text: ebnnotices@fidem-financial.com | Mar 12 2024 00:03:00 | Premier Finance Card Program, Attn: Bankruptcy, P.O. Box 9208, Old Bethpage, NY 11804-9208 |
| 15660186 | | Email/Text: bankruptcy@springoakscapital.com | Mar 12 2024 00:03:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 15660185 | + | EDI: CBS7AVE | Mar 12 2024 03:59:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15660188 | + | EDI: SYNC | Mar 12 2024 03:59:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

Case 23-22524-GLT   Doc 23   Filed 03/13/24   Entered 03/14/24 00:26:44   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 11, 2024 | Form ID: 318 | Total Noticed: 46 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15660189 | + | EDI: SYNC | Mar 12 2024 03:59:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15660190 | + | EDI: SYNC | Mar 12 2024 03:59:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15660191 | + | EDI: WTRRNBANK.COM | Mar 12 2024 03:59:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15660192 | + | Email/Text: BK@servicingdivision.com | Mar 12 2024 00:03:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 15660193 | + | EDI: TCISOLUTIONS.COM | Mar 12 2024 03:59:00 | Total Visa/tbom/vt, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15660194 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 12 2024 00:03:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15660195 | + | EDI: VERIZONCOMB.COM | Mar 12 2024 03:59:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | MIDFIRST BANK |
| 15660187 | | Syncb/walmart |
| 15660156 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Corey J. Sacca | on behalf of Debtor Kristie Smith csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2      User: auto      Page 4 of 4
Date Rcvd: Mar 11, 2024      Form ID: 318      Total Noticed: 46

Robert H. Slone, Trustee
     robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
     on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com

TOTAL: 5